

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2019

No. 04-18-00118-CV

Jesus **VIRLAR**, M.D. and GMG Health Systems Associates, P.A., a/k/a and d/b/a Gonzaba
Medical Group,
Appellants

v.

Jo Ann **PUENTE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04936
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

This appeal was previously set for submission on February 19, 2019, before a panel consisting of Chief Justice Marion, Justice Alvarez, and Justice Rodriguez. The Court, on its own motion, has determined that this appeal should be heard en banc. *See* TEX. R. APP. P. 41.2. Therefore, our previous order submitting this appeal to a panel before this Court is WITHDRAWN.

We ORDER the above cause to be set for on briefs submission before this Court, sitting en banc, on August 14, 2019.

Entered on this 24th day of July, 2019.

**PER CURIAM**

Attested to: _____
KEITH E. HOTTLE,
Clerk of Court